O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>Petitioner,<br><br>v.<br><br>CA DEPT. OF STATE HOSPITALS-COALINGA,<br><br>Respondent. | Case No. SA CV 17-00047-DSF (KES)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 21). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 24) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 1/30/18

Dale S. Fischer
UNITED STATES DISTRICT JUDGE