JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED, | Case No. SA CV 17-00047-DSF (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CA DEPT. OF STATE HOSPITALS-COALINGA, | |
| Respondent. | |

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    1/30/18

DATED: _____

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE